IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street, N.W., Suite 1000<br>Washington, D.C.  20001,<br><br>     Plaintiff,<br><br>  v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION<br>U.S. Department of Homeland Security<br>1300 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20229<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.  22-297<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, to secure the release of records responsive to the October 22, 2021 FOIA request that the National Treasury Employees Union (NTEU) submitted to U.S. Customs and Border Protection (CBP) within the U.S. Department of Homeland Security. The FOIA request seeks internal CBP emails falling within specified search criteria.

### JURISDICTION

1. This Court has jurisdiction over this cause of action under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B) because this is an action to enforce the requirements of FOIA.

## VENUE

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

## PARTIES

3. Plaintiff NTEU is an unincorporated association with its principal place of business at 800 K Street, N.W., Suite 1000, Washington, D.C. 20001. Pursuant to Title VII of the Civil Service Reform Act, Public Law No. 95-454, 92 Stat. 1111, NTEU is the exclusive bargaining representative of approximately 150,000 federal employees.

4. Defendant CBP is an agency within the U.S. Department of Homeland Security. Its principal place of business is 1300 Pennsylvania Avenue, N.W., Washington, D.C. 20229. CBP has possession and control over the records that NTEU seeks.

## STATEMENT OF FACTS

5. On October 22, 2021, NTEU requested the following information from CBP through the FOIA Online portal (Exhibit A):

> Type of Records: All e-mail messages that fit the following criteria.
> Dates: March 1, 2020 - July 31, 2020
> Content: Related to search term "weather and safety leave"
> To/From/CC: Todd Owen, former Executive Assistant Commissioner, OFO, and either or both of the following individuals: (1) former Acting CBP Commissioner Mark Morgan; (2) former Border Patrol Chief Rodney Scott.

6. On October 25, 2021, NTEU received a letter from CBP acknowledging the request, confirming the tracking number, and invoking the 10-day extension available to the agency under 6 C.F.R. § 5.5(c) (Exhibit B).

7. On December 8, 2021, the response deadline pursuant to the 10-day regulatory extension passed. See 5 U.S.C. § 552(a)(6)(A); 6 C.F.R. § 5.5(c). CBP nonetheless failed to respond to NTEU's request by that date.

8. On December 9, 2021, NTEU inquired about the status of its request using the FOIA Online portal (Exhibit C).

9. On January 4, 2022, NTEU sought an update from CBP by email.

10. On January 13, 2022, NTEU again inquired about the request through the FOIA Online portal (Exhibit C).

11. On January 13, 2022 and January 27, 2022, NTEU left voicemails with the CBP FOIA Liaison Office. CBP returned those calls on January 14, 2022, and January 28, 2022. In each instance, CBP could only provide a generalized time estimate of 2 weeks to 6 months. The estimate was not specific to NTEU's request.

12. Since invoking the 10-day extension on October 25, 2021, CBP has not communicated with NTEU about its request, except for the two general time estimates provided over the telephone.

13. CBP has failed to produce any records responsive to NTEU's October 22, 2021 FOIA request.

14. CBP has not indicated whether it will produce any records responsive to NTEU's October 22, 2021 FOIA request.

15. CBP has not invoked any FOIA exceptions in response to NTEU's October 22, 2021 FOIA request.

16.     Because NTEU has not received a response to its FOIA request and because the deadline for a response has long since passed, NTEU has exhausted its administrative remedies.

17.     NTEU has a statutory right to disclosure of the records requested in its October 22, 2021 FOIA request to CBP, and there is no legal basis for CBP's failure to respond to NTEU's request or for its failure to produce the requested records within the statutory deadline.

## CAUSE OF ACTION

18.     Plaintiff reasserts and incorporates herein the allegations set forth in paragraphs 1 through 17.

19.     Under 5 U.S.C. § 552(a)(3), CBP must produce, upon request, records not specifically exempted by FOIA or for which disclosure is not otherwise prohibited by law.

20.     NTEU has requested records that are not specifically exempted by FOIA and for which disclosure is not otherwise prohibited by law. CBP's failure to respond to NTEU's request and its failure to produce the requested records violate FOIA.

## REQUEST FOR RELIEF

WHEREFORE, plaintiff NTEU respectfully requests that this Court:

(1)     Declare that CBP's failure to release the records requested by NTEU is unlawful;

(2)     Order CBP to make the requested records available to NTEU;

(3) Award NTEU its costs, reasonable attorneys' fees and expenses, and other disbursements in this action; and

(4) Grant any additional appropriate relief.

> Respectfully submitted,
>
> /s/ Julie M. Wilson
> JULIE M. WILSON
> General Counsel
> D.C. Bar No. 482946
>
> /s/ Paras N. Shah
> PARAS N. SHAH
> Associate General Counsel for Litigation
> D.C. Bar No. 983881
>
> /s/ Kathryn W. Bailey
> KATHRYN W. BAILEY
> Assistant Counsel
> D.C. Bar No. 1643256
>
> NATIONAL TREASURY EMPLOYEES UNION
> 800 K Street, N.W., Suite 1000
> Washington, DC 20001
> (202) 572-5500

February 4, 2022         Counsel for Plaintiff NTEU

# Exhibit A

# Kathryn Bailey

| | |
|---|---|
| **From:** | no-reply@foiaonline.gov |
| **Sent:** | Friday, October 22, 2021 1:37 PM |
| **To:** | Kathryn Bailey |
| **Subject:** | FOIA Request CBP-2022-007287 Submitted |

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: CBP-2022-007287
- Requester Name: Kathryn Bailey
- Date Submitted: 10/22/2021
- Request Status: Submitted
- Description: Type of Records: All e-mail messages that fit the following criteria.
  Dates: March 1, 2020 - July 31, 2020
  Content: Related to search term "weather and safety leave"
  To/From/CC: Todd Owen, former Executive Assistant Commissioner, OFO, and either or both of the following individuals: (1) former Acting CBP Commissioner Mark Morgan; (2) former Border Patrol Chief Rodney Scott.

  Please contact us if projected fees are greater than $100.

# Exhibit B

Kathryn Bailey

800 K Street NW
Suite 1000
Washington, DC, 20001

10/25/2021

CBP-2022-007287

Dear Kathryn Bailey:

This notice acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) received on 10/22/2021.   Please use the following unique FOIA tracking number CBP-2022-007287 to track the status of your request.  If you have not already done so, you must create a FOIAonline account at https://foiaonline.gov.  This is the only method available to check the status of your pending FOIA request.

Provisions of the Act allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS FOIA regulations outlined on the DHS website, https://www.federalregister.gov/documents/2016/11/22/2016-28095/freedom-of-information-act-regulations. By submitting your request, you have agreed to pay up to $25.00 in applicable processing fees, if any fees associated with your request exceed this amount, CBP shall contact you; however, the first 100 pages are free.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Consistent with 6 C.F.R. Part 5 §5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt.  Although CBP's goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 §5.5(c).  [As your request seeks documents that will require a thorough and wide-ranging search, CBP will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 §5.5(c). If you would like to narrow the scope of your request, please contact our office.  We will make every effort to comply with your request in a timely manner.]  **OR** [As your request seeks a voluminous amount of separate and distinct records, CBP will invoke a 10-day extension for your request pursuant to  6 C.F.R. Part 5 §5.5(c).  If you would like to narrow the scope of your request, please contact our office.  We will make every effort to comply with your request in a timely manner.]  **OR** [As the subject matter of your request is of substantial interest to two or more components of CBP or of substantial interest to another agency, we will need to consult with those entities before we issue a final response.  Due to these unusual circumstances, CBP will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 §5.5(c). If you would like to narrow the scope of your request, please contact our office.  We will make every effort to comply with your request in a timely manner.]

CBP's FOIA Division is working hard to reduce the amount of time necessary to respond to FOIA requests.  We truly appreciate your continued patience.

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia.

Sincerely,

U.S. Customs and Border Protection

# Exhibit C

# CBP-OIT-2022-007287 Request Details

Submitted   Evaluation   Assignment   Processing   Closed

## Correspondence

| Subject | From | Date | Detail |
|---|---|---|---|
| FOIA Request CBP-2022-007287 Submitted | System | 10/22/2021 | + |
| FOIA Tracking Number Change for request CBP-2022-007287 (to CBP-OIT-2022-007287) | System | 10/25/2021 | + |
| Acknowledgement Letter | Diamond Valentine | 10/25/2021 | + |
| Re: Acknowledgement Letter | Ms. Kathryn Bailey | 12/09/2021 | − |

To Whom It May Concern:I am writing to inquire about the status of this FOIA request. The system lists the deadline as 11/23/2021, and we have also waited an additional 10 work days per the acknowledgement letter's notice of the 10-day regulatory extension. We would appreciate any updated information about the status of the request. I can be reached at kathryn.bailey@nteu.org or 202-465-3148. Sincerely,Kathryn BaileyAssistant Counsel, NTEU Office of General Counsel

Reply

| Re: Re: Acknowledgement Letter | Ms. Kathryn Bailey | 01/13/2022 | − |

Good afternoon,I wanted to reach out once more to see if we can get any additional information about the status of this FOIA request. I sent an email to the CBP FOIA Public Liaison email on January 4 about this same request. I also just left a voicemail at the phone number. We understand that there can be delays but we would very much appreciate an update given the amount of time that has passed. Sincerely,Kathryn Bailey

Reply